No. 301. Martínez, Petitioner, v. Crosas, District Judge, Respondent.—Certiorari. Aguadilla. July 27, 1920. *Denied.*

No. 302. Amato, Petitioner, v. District Judge, Respondent.—Certiorari. July 29, 1920. *Writ discharged.*

No. 298. Geyls, Petitioner, v. Rossy, District Judge, Respondent.—Certiorari. San Juan. July 31, 1920. *Dismissed.*

No. 303. Martínez, Petitioner, v. Crosas, District Judge, Respondent.—Certiorari. Aguadilla. July 31, 1920. *Denied.*

No. 183. Villamil & Co., Petitioners, v. Díaz Collazo, Respondent.—Mandamus. November 1, 1920. *Withdrawn.*

No. 2342. Brown, Appellee, v. Sierra, Appellant.—Debt. San Juan. November 4, 1920. *Withdrawn.*

No. 2339. Georgia Veneer & Package Co., Appellant, v. Sprouhl, Appellee. — Debt. San Juan. November 4, 1920. *Dismissed.*

No. 2307. Ortiz, Appellee, v. Fernández, Appellant.—Contract. Guayama. November 4, 1920. *Dismissed.*

No. 2303. López, Appellee, v. García, Appellant.—Ejectment. Humacao. November 5, 1920. *Dismissed.*

No. 2320. Candal, Appellee, v. Pierluisi et al., Appellants.—Debt. Ponce. November 5, 1920. *Dismissed.*